UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00431-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. RIGOVERTO VALLE-SIERRA,
    a/k/a "Jorge,"
2. JOSE ALFREDO SANCHEZ-GUSMAN,
    a/k/a Jose Alfredo Guzman,
    a/k/a "Macaco,"
3. BOGAR GONZALEZ-ITUARET,
    a/k/a Bogar Gonzalez-Ituarte,
    a/k/a "Hugo,"
    a/k/a Pedro Torres,
4. MARTIN GOMEZ-BERRERA,
    a/k/a Martin Gomez-Barrera,
    a/k/a "Huevo,"
    a/k/a "Huevito,"
    a/k/a Mario Alberto Osuna-Cuen,
5. **FERNANDO VALENZUELA-SOTO,**
    **a/k/a Roberto Martinez-Beltran,**
    **a/k/a Mario Alberto Ozuna,**
    **a/k/a Mario Alberto,**
    **a/k/a "Jaime,"**
    **a/k/a Jose A. Zasueta,**
    **a/k/a Juan Al Parra,**
    **a/k/a Jaime Martinez-Beltran,**
    **a/k/a "Juan,"**
    **a/k/a 'Cameleon,"**
    **a/k/a "Sinola,"**
6. HECTOR JESUS ZAMUDIO-TOLOZA,
    a/k/a Hector Jesus Zamudio-Tolosa,
    a/k/a "Tecate,"
7. JOSE QUINTANA,
    a/k/a "Chapo,"
    a/k/a "Chepo,"
    a/k/a 'Chepaneco,"
8. MICHAEL JAMES OVALLE,
    a/k/a Martin Ybarra-Mendoza,

9. **ISMAEL GARCIA,**
10. **ELIZABETH MARCHAND,**
    **a/k/a Elizabeth Rodriguez,**
11. MONICA ESTRADA,
    a/k/a Beatriz Delgado-Rodriguez,
12. AGUSTIN MAGANA-BERMEO,
13. LARRY JOE HERNANDEZ,
14. OMAR VALLE-SIERRA,
    a/k/a Omar Valle,
15. DEBBIE LEE MADRID,
    a/k/a Debbie Madrid,
16. LETICIA MOCTEZUMA,
    a/k/a "Lety,"
17. CHRISTINA FERNANDEZ-MOLINA,
    a/k/a 'Guera,"
18. ROBERT JOSE CERVANTES JR.,
19. ENEAS CAMACHO-DOMINGUEZ,
20. VINCE BENAVIDEZ, and
21. LUIS LUNA,
    a/k/a "Juan,"

   Defendants.

---

## ORDER SETTING SUPPRESSION HEARING

Pursuant to the agreement of the parties,

**IT IS ORDERED** that a three hour suppression hearing for Defendants Fernando Valenzuela-Soto, Ismael Garcia and Elizabeth Marchand is set for **August 29, 2007 at 8:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 18th day of June, 2007

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge